[Civil No. 1661.   Filed June 15, 1918.]

[173 Pac. 417.]

HEAD HOTEL COMPANY, a Corporation, and A. J. HEAD, Appellants, v. MARGARET E. WILSON, Executrix of the Estate of J. W. WILSON, Deceased, Appellee.

EXECUTORS AND ADMINISTRATORS—DISMISSAL OF FRIVOLOUS APPEAL.— Where appeal was perfected, and 60 days' additional time to file the transcript was given, and no action was afterward taken to prosecute the appeal, and a motion to dismiss is not opposed, the appeal will be held frivolous, and damages will be awarded.

APPEAL from a judgment of the Superior Court of the county of Yavapai.   F. O. Smith, Judge.   Appeal dismissed.

Mr. J. E. Russell, for Appellants.

Mr. A. L. Hammond, for Appellee. .

PER CURIAM.—On the twenty-fifth day of September, 1917, Margaret E. Wilson, plaintiff and appellee, recovered a judgment against Head Hotel Company, a corporation, and A. J. Head, defendants and appellants, for the sum of $433, and costs.

On the first day of November, 1917, an appeal to this court was perfected, and, on the sixth day of November, 1917, the superior court granted appellants 60 days' additional time in which to file the reporter's transcript of the testimony, since which time no action has been taken by appellants to prosecute their appeal to effect.

The appellee now moves this court to dismiss as for a frivolous appeal, and accompanies the motion to dismiss with the certificate of the clerk of the superior court reciting these facts.   The motion to dismiss said appeal is not opposed.   It appearing that the appeal has been taken solely for delay on the authority of *Willis* v. *Ivy*, 16 Ariz. 120, 141 Pac. 570, *Nienstedt* v. *Dorrington*, 16 Ariz. 121, 141 Pac. 569, *Baca* v. *Noyes-Norman Shoe Co.*, 18 Ariz. 386, 161 Pac. 884, and *Mounce* v. *Garrett ante*, p. 304, 169 Pac. 458, it is ordered that said appeal be docketed in this court and the same dismissed.

It is further ordered that the sum of $43, being an amount not exceeding 10 per cent of the judgment appealed from, be, and the same hereby is, awarded the appellee as damages for a frivolous appeal.    Appellee recovers the costs in this court.